Opinion filed June 14, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed June 14, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00090-CV 

                                                    __________

 

               IN THE MATTER OF THE ESTATE OF JAMES B. OWENS

 



 

                                          On
Appeal from the 42nd District Court

 

                                                        Coleman
 County, Texas

 

                                                     Trial
Court Cause No. 3298

 



 

                                             M
E M O R A N D U M    O P I N I O N

Michael
Owen has filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is
dismissed.

 

PER
CURIAM

 

June
14, 2007

 

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.